1                                      JS-6

2

3

4 LINDA ROSE FESSLER, ESQ. SBN 049417
LAW OFFICES OF LINDA ROSE FESSLER
5 25108 Marguerite Pky #B222
Mission Viejo CA 92692
6 (213) 617-8684; Fax (866) 492-1546
Email: LindaFessler@LindaFessler.com

7 Attorney for Plaintiff
LAURA T. MCGHEE
8

9

10

11                **UNITED STATES DISTRICT COURT**

12     **CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

13

14

15 LAURA T. MCGHEE,                Case No. EDCV13-00281 VAP (OPx)

16      Plaintiff,             [Assigned to the Honorable
VIRGINIA A. PHILLIPS]
17      v.

18 DEUTSCHE BANK NATIONAL TRUST   **ORDER RE PLAINTIFF'S NOTICE**
COMPANY, as Trustee of the HOME   **OF VOLUNTARY DISMISSAL WITH**
EQUITY MORTGAGE LOAN ASSET    **PREJUDICE PURSUANT TO**
19 backed Trust Series INABS 2005-D,    **FEDERAL RULES OF CIVIL**
HOME EQUITY MORTGAGE LOAN     **PROCEDURE RULE 41(A)(1)**
20 ASSET backed Certificates, Series
INABS 2005-D Under the Pooling and
21 Servicing Agreement Dated December
1, 2005;
22

23 DEUTSCHE BANK NATIONAL TRUST
COMPANY, a national banking
24 association, as DOE-1;

25 INDYMAC MORTGAGE SERVICES, A
DIVISION OF ONEWEST BANK, FSB,
26 an entity of unknown formation, as
DOE-2;

27 MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.; a
28 Delaware Corporation;

LAW OFFICES OF LINDA ROSE FESSLER
25108 Marguerite Pky #B222
Mission Viejo CA 92692



JS-6

1

2

3

4   MORTGAGEIT, INC., a New York
    corporation, as DOE-3;

5

6   NDEX WEST, LLC, a Delaware limited
    liability company;

7   ONEWEST BANK, FSB, a federally
    chartered bank, as DOE-4;

8

9   and DOES 5 through 100, inclusive,

        Defendants.

10

11

12  **1.**      Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1), Plaintiff Laura

    T. McGhee ("Plaintiff") has voluntarily dismissed with prejudice any and all

13  claims asserted as against all defendants in the above-captioned action. It is so

14  ordered.

15

16  DATED: July 8, 2013

17                              *Virginia A. Phillips*

18                              _____
                                Hon. Virginia A. Phillips
19                              UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

LAW OFFICES OF LINDA ROSE FESSLER
25108 Marguerite Pky #B222
Mission Viejo CA 92692